# In The United States Court of Federal Claims

RECEIVED
MAY 22 2017
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Yankee Atomic Electric Company

Location of Plaintiff(s)/Petitioner(s) (city/state): Rowe, Massachusetts

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Robert H. Stier, Jr.

Firm Name: Pierce Atwood LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

17-676 C

Post Office Box:

Street Address: 254 Commercial Street

City-State-ZIP: Portland, ME 04101

Telephone & Facsimile Numbers: P 207.791.1100  F 207.791.1350

E-mail Address: rstier@pierceatwood.com

Is the attorney of record admitted to the Court of Federal Claims Bar?   ■ Yes   □ No

Nature of Suit Code: 536
Select only one (three digit) nature-of-suit code from the attached sheet. See attached sheet for three-digit codes. If number 213 is used, please identify partnership or partnership group:

Agency Identification Code: DOE

Number of Claims Involved: 2

Amount Claimed: $ An amount greater than $25,000,000
Use estimate if specific amount is not pleaded.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $

Was this action preceded by the filing of a protest before the GAO?   □ Yes   □ No

If yes, was a decision on the merits rendered?   □ Yes   □ No

Takings Case:
Specify Location of Property (city/state):

Vaccine Case:
Date of Vaccination:

Related Case:
Is this case directly related to any pending or previous cases?   ■ Yes   □ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.