IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 22 2017
U.S. COURT OF
FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY,

                      Plaintiff,

v.

UNITED STATES OF AMERICA,

                      Defendant.

No. 17-676 C

**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to RCFC 7.1, Plaintiff Yankee Atomic Electric Company ("Yankee Atomic") identifies any parent corporation and any publicly-held corporation that owns 10% or more of its stock as follows:

      The Connecticut Light & Power Company, Public Service Company of New Hampshire, Western MA Electric Company, and NStar Electric Company, which are all wholly-owned subsidiaries of Eversource Energy, which is a publicly-traded company.[1]

      New England Power Company, which is a wholly-owned subsidiary of National Grid USA, and an indirect wholly-owned subsidiary of National Grid Group Plc, which is a publicly-traded company.

---

[1] Public Service Company of New Hampshire and Western MA Electric Company each own less than 10% of Yankee Atomic's stock; however, the ownership interest of their publicly-traded parent corporation, when all subsidiary ownership interests are combined, is greater than 10%.

Dated: May 22, 2017

        Respectfully submitted,

        /s/ Robert H. Stier, Jr.
        ROBERT H. STIER, JR.
        PIERCE ATWOOD LLP
        Merrill's Wharf
        254 Commercial Street
        Portland, ME  04101
        rstier@pierceatwood.com
        Telephone:  (207) 791-1100
        Facsimile:  (207) 791-1350

        OF COUNSEL:

        LUCUS A. RITCHIE
        lritchie@pierceatwood.com
        PIERCE ATWOOD LLP

        MICHAEL J. DERDERIAN
        mderderian@pierceatwood.com
        PIERCE ATWOOD LLP

        *Attorneys for Plaintiff Yankee Atomic Electric Company*