# In the United States Court of Federal Claims

No. 17-676C
(Filed: September 12, 2017)

|  |  |
|---|---|
| YANKEE ATOMIC ELECTRIC CO., | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**O R D E R**

The court is in receipt of the parties' joint preliminary status report filed on September 11, 2017. (ECF No. 10).  The court will soon schedule a status conference to discuss the issues identified.  In the meantime, based on the parties' representation that their case should be consolidated with *Connecticut Yankee Atomic Power Company v. United States* (No. 17-673C) and *Maine Yankee Atomic Power Company v. United States* (No. 17-674C) the parties shall file an appropriate motion for consolidation according to the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge