# In the United States Court of Federal Claims

No. 17-676C
(Filed: September 13, 2017)

|  |  |
|---|---|
| YANKEE ATOMIC ELECTRIC CO., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

    The court hereby **SCHEDULES** the joint preliminary status conference in *Connecticut Yankee Atomic Power Company v. United States* (Case No. 17-673C), *Maine Yankee Atomic Power Company v. United States* (Case No. 17-674C), and *Yankee Atomic Electric Company v. United States* (Case No. 17-676C) for **Wednesday, September 27, 2017 at 2:00 PM eastern time**.  The proceeding will be held via AT&T Teleconference. Counsel for each party have been provided the dial-in information.

    **IT IS SO ORDERED**.

    s/Nancy B. Firestone
    NANCY B. FIRESTONE
    Senior Judge