# In the United States Court of Federal Claims

No. 17-676C
(Filed: October 2, 2017)

|  |  |
|---|---|
| YANKEE ATOMIC ELECTRIC CO., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

The parties shall file a motion to consolidate this action with *Connecticut Yankee Atomic Power Company v. United States* (Case No. 17-673C) and *Maine Yankee Atomic Power Company v. United States* (Case No. 17-674C) by close of business **Tuesday**, **October 3, 2017.**

Additionally, as discussed in the telephonic preliminary status conference held on September 27, 2017, the court now sets for the following schedule:

| | |
|---|---|
| **January 24, 2018** | The parties shall submit a joint status report which will address issues for potential expert discover and the progress in reaching a settlement agreement. |
| **January 29, 2018** | The court hereby **SCHEDULES** a status conference for **Monday, January 29, 2018 at 2:00 PM eastern time** via AT&T Teleconference. Counsel for each party will be provided the necessary dial-in information. |

| | |
|---|---|
| **February 28, 2018** | Plaintiff to provide Rules of the United States Court of Federal Claims (RCFC) 26(a)(2)(B) and (C) reports and disclosures, if any. |
| **March 30, 2018** | Defendant to provide RCFC 26(a)(2)(B) and (C) reports and disclosures, if any.<br><br>Close of fact discovery.<br><br>Deadline for defendant to complete its review and audit concerning costs incurred by plaintiff as disclosed on August 23, 2017. |
| **April 30, 2018** | Plaintiff to provide RCFC 26(a)(2)(B) and (C) rebuttal reports and disclosures, if any. |
| **May 15, 2018** | Close of expert discovery. |

**IT IS SO ORDERED**.

                                                                       s/Nancy B. Firestone
                                                                       NANCY B. FIRESTONE
                                                                       Senior Judge